**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: Z.T.-D.N., A : No. 221 EAL 2017
MINOR                             :
                                  :
                                  :
                                  : Petition for Allowance of Appeal from
PETITION OF: C.B.N., MOTHER       : the Order of the Superior Court

<u>**ORDER**</u>

**PER CURIAM**

  **AND NOW**, this 15th day of June, 2017, the Petition for Allowance of Appeal is

**DENIED**.